**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DR. ELIZABETH N. KUH,<br>Defendant. | Civil Action No. 19-3589 |

**REVISION TO AMENDED STIPULATED ORDER AND CONSENT JUDGMENT**

This revision to the Amended Stipulated Order and Consent Judgment is entered into by and between the United States of America and Defendant Dr. Elizabeth N. Kuh (collectively, "the Parties").

**RECITALS**

1. The United States filed a complaint, (Doc. 1), against Defendant Kuh bringing civil claims for alleged violations of the Controlled Substances Act, 21 U.S.C. §§ 842(a)(1), 842(c)(1)(A), 843(f), 882(a), 829(a); 21 C.F.R. § 1306.04(a); and causing the submission of false claims to Medicare in violation of the False Claims Act, 31 U.S.C. § 3729. (Doc. 1). In particular, the United States alleged that Kuh repeatedly wrote improper opioid prescriptions without a "legitimate medical purpose" and outside the "usual course of h[er] professional practice," in violation of 21 C.F.R. § 1306.04(a), with respect to two particular patients and with respect to a particular time frame as outlined in the complaint. The United States alleged that these improper prescriptions caused the submission of false claims to the Medicare Program, Title XVIII of the Social Security Act, 42 U.S.C. §§ 1395-1395kkk-1 ("Medicare"), which paid for the improper drugs described in the complaint.

2. In order to avoid the delay, uncertainty, inconvenience, and expense of protracted litigation, the Parties submitted a full and final settlement of the allegations through a Stipulated

Order and Consent Judgment, which the Court approved and entered on the docket on August 19, 2019. (Doc. 3).

3. The United States subsequently filed an Amended Stipulated Order and Consent Judgment on July 7, 2020. (Doc. 4). The United States submitted the revised version to accommodate Defendant Kuh's financial situation in light of COVID-19. In addition to the financial obligation, the amended consent judgment continued the previously imposed restriction permanently preventing Dr. Kuh from prescribing controlled substances other than Schedule IIN stimulants and Schedule IV benzodiazepines. The Court approved and entered the Amended Stipulated Order and Consent Judgment on July 24, 2020. (Doc. 5).

4. More recently, defendant Kuh asked the United States to consent to a further modification of the Consent Judgment that would expand the controlled substances she would be authorized to prescribe.

5. The parties have jointly agreed to expand the controlled substances defendant Kuh would be permitted to prescribe to include sedative-hypnotics, a drug class that she would prescribe in the ordinary course of her practice as a psychiatrist.

**REVISION TO AMENDED STIPULATED ORDER AND CONSENT JUDGMENT**

NOW, THEREFORE, in consideration of the mutual promises, covenants, and obligations set forth below and in the Amended Stipulated Order and Consent Judgment, and for good and valuable consideration, the Parties agree that paragraph 9 of the Amended Stipulated Order and Consent Judgment, dated July 24, 2020, (Doc. 5), shall be revised as follows:

a. Defendant shall be permanently prevented from prescribing, distributing, or dispensing any future controlled substances, under her current DEA registration or any other

DEA registration, with the exception of Schedule IIN stimulants, Schedule IV benzodiazepines, and sedative hypnotics.[1]

b. As for those three limited types of controlled substance prescriptions that are authorized for prescribing, Defendant Kuh shall comply with all federal and state laws and regulations governing her prescribing. For example, Defendant Kuh shall comply with 21 U.S.C. § 829; 21 C.F.R. § 1306.04; and the prescription drug monitoring program requirements of Pennsylvania and any other applicable state.

6. All other terms in the Amended Stipulated Order and Consent Judgment, (Doc. 5), remain in effect and are permanently entered as the judgment in this matter.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

CHARLENE KELLER FULLMER
Assistant United States Attorney
Deputy Chief, Civil Division

ANTHONY D. SCICCHITANO
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8380, (215) 861-8618 (fax)
anthony.scicchitano@usdoj.gov

*Counsel for the United States*

Dated: 4/6/2023

Elizabeth N. Kuh, M.D.
DR. ELIZABETH N. KUH

JAMES J. KUTZ
Post & Schell, P.C.
17 N. Second Street
12th Floor
Harrisburg, PA 17101
Phone: (717) 612-6038
Fax: (717) 731-1967
jkutz@postschell.com

*Counsel for Defendant Dr. Elizabeth N. Kuh*

Dated: 3/31/23

[1] "Sedative hypnotics" is defined as Ambien (Zolpidem); Belsomra (suvorexant); Butisol (butabarbital); Doral (quazepam); Edluar (zolpidem); Estazolam; Flurazepam; Halcion (triazolam); Hetlioz (tasimelteon); Intermezzo (zolpidem); Lunesta (eszopiclone); Restoril (temazepam); Rozerem (ramelteon); Seconal (secobarbital); Silenor (doxepin); Sonata (zaleplon); Zolpimist (zolpidem).

HEIDI CARROLL Digitally signed by HEIDI CARROLL Date: 2023.04.04 13:15:55 -04'00'

HEIDI J. CARROLL
Diversion Program Manager
Drug Enforcement Administration
Philadelphia Field Division

*Representative for the Drug Enforcement Administration*

Dated:

BY THE COURT:

SO ORDERED, THIS 7th day of April , 2023.

*/s/ Joshua D. Wolson*

Joshua D. Wolson
United States District Judge